# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.**   09-cv-01242-PAB-KMT | FTR |
| **Date:**   January 20, 2010 | Debra Brown, Deputy Clerk |
| ELIZABETH L. SPARKS | Elwyn F. Schaefer |
| | Garry Witt |
| Plaintiffs. | |
| v. | |
| BLACK HAWK/JACOBS ENTERTAINMENT, LLC | Ryan P. Lessman |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 10:29 a.m.**

Court calls case.  Appearance by plaintiff, pro se and of Counsel.

Plaintiff's [18] MOTION to Compel attendance of a Rule 30(b)(6) witness at Deposition at issue. Argument by Counsel.

**ORDERED:**   Plaintiff's [18] MOTION to Compel attendance of a Rule 30(b)(6) witness at Deposition is **granted in part, denied in part and withdrawn in part, as follows:**

As to Topic #1 the Motion to Compel is **WITHDRAWN and therefore MOOT**.

As to Topic #2 the Motion to Compel is **GRANTED** to the extent that the deponent will speak to written policies on a company-wide basis as to employees at a level of below "beverage supervisor" and unwritten policies for the same employee group at the casino at issue in this case.

As to Topic #4 the Motion to Compel is **GRANTED as stated on the record**.

As to Topic #5 the Motion to Compel is **GRANTED with limitations agreed upon on the record.**

As to Topic #9 the Motion to Compel is more clearly clarified and therefore **DENIED.**

      As to Topic #10 the Motion to Compel is **GRANTED with the limitations agreed upon on the record.**

      As to Topic #11 the Motion to Compel is **GRANTED** as amended on the record.

      As to Topic #12 the Motion to Compel is **DENIED as stated on the record.**

**Court in recess: 11:13**
Total In-Court Time 0:44; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.